IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAGGER BOWEN,                                              No. 2:18-cv-01605-SB

                 Petitioner,                               ORDER

    v.

JERI TAYLOR,

                 Respondent.

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation on May 27, 2020, in which she recommends that this Court deny Petitioner's Amended Petition and dismiss this proceeding with prejudice. F&R, ECF 27. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Petitioner filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 29. When any party objects to any portion of the Magistrate Judge's Findings &

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th

Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no

basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent

portions of the record *de novo* and finds no error in the Magistrate Judge's Findings &

Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [27].

Therefore, the Court DENIES Petitioner's Amended Petition [20], and this case is dismissed

with prejudice. A certificate of appealability is DENIED because Defendant has not made a

substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.


DATED: __December 13, 2020__.


MARCO A. HERNÁNDEZ
United States District Judge